253 So.2d 380

**Milford E. BOX**

**v.**

**Jack KARAM.**

No. 51824.

Oct. 28, 1971.

In re: Milford E. Box applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Allen. 252 So.2d 176.

Application denied; on the facts found by the court of appeal, the opinion is correct.

253 So.2d 380

**STATE of Louisiana ex rel. Truman Eldin McDONALD**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 51814.

Oct. 28, 1971.

In re: Truman Eldin McDonald applying for writs of certiorari, prohibition, mandamus and habeas corpus.

Application denied. The evidence taken at the hearing held on January 14, 1971 shows that relator's complaint is without merit.